Nos. 907 and 908. COLGATE-PALMOLIVE-PEET Co. *v.* UNITED STATES. June 14, 1943. Petition for rehearing granted and order denying certiorari, *ante,* p. 758, vacated.

Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. *Mr. E. Ennalls Berl, Albert C. Wall, Mason Trowbridge,* and *Edward J. O'Mara* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Alvin J. Rockwell* for the United States.